UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**DENNIS A. FORBES,** :
                                          :    CIVIL ACTION NO. 3:20-0822
           **Petitioner**       :
                                          :           (JUDGE MANNION)
     v.                                :
                                          :
**UNITED STATES OF**   :
**AMERICA,**
                                          :
           **Respondent**

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Petitioner's motion for reconsideration (Doc. 6) is **GRANTED.**

2. The Clerk of Court is directed to **VACATE** this Court's October 16, 2020 Memorandum and Order.

3. The Clerk of Court is directed to **REOPEN** the above captioned action.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: November 5, 2020**
20-0822-02-Order