UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DENNIS A. FORBES,** : | |
| Petitioner : | CIVIL ACTION NO. 3:20-0822 |
| v. : | (JUDGE MANNION) |
| **UNITED STATES OF AMERICA,** : | |
| Respondent : | |

# ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Forbes' petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned action.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 18, 2021**
20-0822-03-ORDER